UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 8:05-cr-533-T-24MAP

IRENO LUIS DELGADO,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE
## FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court on Motion of the United States of America for Entry of a Preliminary Order of Forfeiture for Substitute Assets, forfeiting to the United States of America all right, title, and interest of defendant Ireno Luis Delgado in the following real properties in satisfaction of his forfeiture money judgment in the amount of $266,703.50:

    a.    The real property, including all improvements thereon and appurtenances thereto, located at 705 Chancellar Drive, Lutz, Florida 33648, which is legally described as follows:

          Lot 14, Block 2, BRANT SHORES, according to the plat thereof, recorded in Plat Book 49, Page 23 of the Public Records of HILLSBOROUGH County, Florida.

          PIN: U-23-27-18-0KP-000002-00014.0

    b.    The real property, including all improvements thereon and appurtenances thereto, located at 4515 North Habana Avenue, Tampa, Florida 33614, which is legally described as follows:

    Lot 4, of BEL-AIRE SUBDIVISION, according to the
    Plat thereof recorded in Plat Book 30, on Page 42;
    Less and except that portion deeded to the City of
    Tampa in O.R. Book 5798, Page 1028, of the Public
    Records of HILLSBOROUGH County, Florida.

    PIN: A-03-29-18-3HZ-000000-00004.0

  c. The real property, including all improvements thereon
    and appurtenances thereto, located at 113 12th
    Avenue North, Indian Rocks Beach, Florida 33785,
    which is legally described as follows:

    Lot 19, Block 76, First Addition to Re-Revised Map of
    Indian Beach Subdivision, according to the Plat
    thereof, as recorded in Plat Book 23, page 11-13, of
    the Public Records of Pinellas County, Florida.

    PIN: 01-30-14-42048-076-0190

The Court finds that the United States, as a matter of law, is entitled to forfeiture of any assets belonging to the defendant, pursuant to the provisions of 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e), up to the amount of the defendant's money judgment. Accordingly, it is hereby

  **ORDERED, ADJUDGED**, and **DECREED** that the United States' motion is GRANTED. It is FURTHER **ORDERED** that all right, title, and interest of defendant Ireno Luis Delgado in the above-referenced real properties is hereby

CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of March, 2007.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:   Tonya L. Shotwell, AUSA
             Attorneys of Record