UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,

v. Case No.  8:05-cr-533-T-24MAP

IRENO LUIS DELGADO,

 Defendant.

## ORDER DISMISSING POST-INDICTMENT RESTRAINING ORDER

THIS CAUSE comes before the Court on Motion of the United States of America to dismiss the Post-Indictment Restraining Order (Doc. 12) entered on February 9, 2006 for the following bank accounts:

 a. First Union National Bank Checking Account No. 2090001477776 in the name of New Imaging Center, Inc.;

 b. First Union National Bank Checking Account No. 2090001019325 in the name of Diagnostic Medical Center, Inc.;

 c. SunTrust Bank Checking Account No. 0001113614764 in the name of American Supply and Equipment Corporation; and

 d. SunTrust Bank Checking Account #0001113615718 in the name of Diagnostic Medical Center, Inc.

The Court finds that the United States will not seek forfeiture of the funds contained in these accounts, and the Post-Indictment Restraining Order is no longer necessary to preserve the funds for forfeiture.  Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion is GRANTED.  It is FURTHER **ORDERED** that the Post-Indictment Restraining Order for bank accounts described above is hereby DISMISSED, and the bank accounts are no longer subject to restraint.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>5th</u> day of March, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to: Tonya L. Shotwell, AUSA
           Attorneys of record

2